IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:

BROWN, JAMES J.
BROWN, MINDY J.

Debtor(s).

Case No. 08-10811-NLJ
(Chapter 7)

# Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Central Loan<br>10 E Main<br>Shawnee, OK 74801 | $4.84 |
| Crowe Chiropractic<br>4409 N Kickapoo # 121<br>Shawnee, OK 74804-1225 | $1.22 |
| Meeker Florists<br>Box 856<br>Meeker, OK 74855 | $0.48 |
| American Collection Services Inc<br>PO Box 44069<br>Oklahoma City, OK 73144-1069 | $1.17 |
| Advance Loan<br>105 N Beard<br>Shawnee, OK 74801 | $3.76 |
| Ashley Funding Services LLC<br>its successors and assigns as assignee<br>of Laboratory Corp of America Holdings | $3.95 |

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Credit Collections, Inc.                                  $2.24
PO Box 60607
OKC, OK 73146


TOTAL:                                                    $17.66

    A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:  June 1, 2010

                                        */s/Kevin Coffey*
                                        Kevin M. Coffey (OBA # 11791)
                                        Chapter 7 Trustee
                                        435 N. Walker, Suite 202
                                        Oklahoma City, OK  73102
                                        405/235-1497
                                        Fax:  405/606-7446